PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 16, 2025**

SEAN F. MCAVOY, CLERK

U.S.A. vs.　　　　Moore, Jaidyn William Wade　　　　Docket No.　　0980 2:25CR00042-SAB-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jaidyn William Wade Moore, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 1st day of May 2025 under the following conditions:

**Condition #12:** Defendant shall not use or possess any narcotic drug or other controlled substances as defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #15:** Alcohol Prohibition: Defendant shall not use any alcoholic beverage to excess.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 5, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Moore. He acknowledged an understanding of the conditions at that time.

**Violation #1:** Jaidyn William Wade Moore is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting cocaine and alcohol on or about June 7, 2025.

On June 9, 2025, Mr. Moore reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of cocaine. Mr. Moore admitted taking one "bump" of cocaine on June 7, 2025. He also admitted he consumed three beers on June 7, 2025. Subsequently, Mr. Moore signed a substance abuse admission form acknowledging his use of cocaine and alcohol on or about June 7, 2025.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:　　June 13, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Moore, Jaidyn William Wade
June 13, 2025
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

6-16-2025
_____
Date