PS 8
(3/15)

# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

ECF No. 71

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 23, 2025**

SEAN F. MCAVOY, CLERK

U.S.A. vs.        Moore, Jaidyn William Wade        Docket No.    0980 2:25CR00042-SAB-3

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jaidyn William Wade Moore, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 1st day of May 2025, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, including tribal agencies, without providing notice to United States Probation. Defendant shall comply with all conditions of supervision imposed by other courts.

**Condition #15:** Alcohol Prohibition: Defendant shall not use any alcoholic beverage to excess.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 5, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Moore. He acknowledged an understanding of the conditions at that time.

**Violation #1:** Jaidyn William Wade Moore is alleged to have violated the conditions of pretrial release supervision by being arrested for driving under the influence (DUI) on October 12, 2025.

The following summation was obtained from Washington State Patrol (WSP) incident report number 25-107836-1.

On October 12, 2025, a trooper with WSP was following a gray Chrysler 200 in Spokane, Washington. The trooper observed the registration tabs expired in April 2025. Subsequently, the trooper activated the emergency lights on his vehicle to stop the Chrysler. The Chrysler abruptly turned to the right, driving up over a curb and into a gas station. The trooper later confirmed the registration of the Chrysler had expired on April 23, 2025.

Upon contacting the driver, who was later identified as Mr. Moore, the trooper could immediately smell an obvious odor of intoxicants emitting from the vehicle. Mr. Moore's eyes were allegedly droopy, bloodshot and watery; he also had a flushed face. Mr. Moore denied consuming alcohol and said he was taking a friend home. Upon the trooper's request, Mr. Moore stepped out of the vehicle.

As Mr. Moore walked around the rear of his vehicle, he reportedly stumbled. When asked if he would be willing to perform voluntary field sobriety tests, Mr. Moore stated he would not based on advice he received from his attorney. During the interaction, the trooper could smell intoxicants emitting from Mr. Moore's breath. The trooper offered Mr. Moore the chance to provide field sobriety testing on a couple more occasions, but he refused to perform those tests or provide a breath sample. Subsequently, Mr. Moore was placed under arrest for DUI and transported to the Spokane County Public Safety Building (SCPSB).

Upon arrival at the SCPSB, Mr. Moore asked to speak to his attorney. The trooper attempted to contact Mr. Moore's personal attorney, but she did not answer. He was able to speak to a Spokane County public defender privately.

PS-8
Re: Moore, Jaidyn William Wade
October 22, 2025
Page 2

After speaking to the public defender, the trooper prepared Mr. Moore to submit to breath testing. Mr. Moore refused to provide a breath sample for alcohol.

The trooper proceeded to secure a search warrant to collect blood from Mr. Moore, which was granted by a Spokane County District Court Judge. Mr. Moore was then transported to a hospital where a blood draw was conducted. Mr. Moore's blood sample was submitted into WSP evidence to be tested by a state toxicologist.

On October 13, 2025, Mr. Moore was formally charged in Spokane County District Court (SCDC) case number 5A0864476 with DUI of alcohol. He is scheduled to appear at SCDC on October 22, 2025, for an arraignment.

**Violation #2:** Jaidyn William Wade Moore is alleged to have violated the conditions of pretrial release supervision by consuming alcohol in excess on or about October 11, 2025.

As noted in violation #1 of this petition, Mr. Moore was arrested for DUI on or about October 12, 2025. On October 14, 2025, Mr. Moore reported to the U.S. Probation Office and met with the undersigned officer to discuss his arrest for DUI over the weekend. During that conversation, Mr. Moore admitted he consumed a couple of beers and on or about October 11, 2025, and signed a substance abuse admission form.

It should be noted Mr. Moore also provided a urine specimen that tested presumptive positive for the presence of ethanol (alcohol). The sample was sent to Alere Toxicology Services (Alere) for further analysis.

On October 17, 2025, Alere confirmed the above-noted urine specimen tested negative for the presence of ethanol (alcohol).

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |  |
|---|---|---|
|  | by | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:    October 22, 2025 |
|  |  | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Moore, Jaidyn William Wade
October 22, 2025
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

October 22, 2025
_____
Date